IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY CAMDEN DIVISION

| | |
|---|---|
| NIKE USA, INC., <br> Plaintiff, <br> v. <br> FOSTER, INC. d/b/a ALEXANDER'S HIP HOP SHOP a/k/a ALEXANDER'S SHOES, LUIS MAISONET a/k/a LUIS A MAISONET OTERO, SIMON AKIVA <br> Defendants. | Civil Action No: 1:11-cv-05557-JEI-KMW |

The Defendants Foster, Inc., Luis Maisonet also known as Luis A Masionet Otero and Simon Akiva having been duly served with process and a copy of the Complaint in the above entitled action, and having been defaulted for failure to answer, appear or otherwise move as to the Complaint, and Defendants not being an infant or incompetent person; and Plaintiff having filed an Affidavit setting forth a particular statements of the items of the claim, their amounts and dates, and a calculation in figures of the amount of interest, the payments or credits, if any, and the net amount due;

*FINAL JUDGMENT* as to each defendant jointly, severally or in the alternative is on this 20th day of March, 2012, signed and entered in the sum of $105,374.07, in favor of the Plaintiff and against the Defendants.

_____